LIDDLE SHEETS P.C.
STEVEN D. LIDDLE (P45110)
LAURA L. SHEETS (P63270)
MATTHEW Z. ROBB (P81665)
D. REED SOLT (P86302)
975 East Jefferson Avenue
Detroit, MI 48207
Telephone: 313/392-0015
sliddle@lsclassaction.com
lsheets@lsclassaction.com
mrobb@lsclassaction.com
rsolt@lsclassaction.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| RELIABLE AC SERVICES LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANE TECHNOLOGIES PLC, et al.,<br><br>Defendants. | Civ. No. 2:26-cv-11434-SKD-APP<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HEAT TRANSFER PRODUCTS GROUP, LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

4899-8315-5370.v1

- 1 -

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Reliable AC Services LLC ("Plaintiff") submits this notice dismissing without prejudice all claims asserted against Heat Transfer Products Group, LLC. This Defendant has not served an answer or a motion for summary judgment. This dismissal does not affect any of Plaintiff's claims in this case against any other Defendant.

DATED:  May 11, 2026

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
MARK J. DEARMAN
NICOLLE B. BRITO
ALEXANDER C. COHEN
ISABELLE KLAYMAN

/s/ Stuart A. Davidson
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
nbrito@rgrdlaw.com
cohen@rgrdlaw.com
iklayman@rgrdlaw.com

4899-8315-5370.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
ARTHUR L. SHINGLER III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
davidm@rgrdlaw.com
xanb@rgrdlaw.com
ashingler@rgrdlaw.com

LIDDLE SHEETS P.C.
STEVEN D. LIDDLE
LAURA L. SHEETS
MATTHEW Z. ROBB
D. REED SOLT
975 East Jefferson Avenue
Detroit, MI  48207
Telephone:  313/392-0015
sliddle@lsclassaction.com
lsheets@lsclassaction.com
mrobb@lsclassaction.com
rsolt@lsclassaction.com

Attorneys for Plaintiff

- 2 -

4899-8315-5370.v1