# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE HVAC EQUIPMENT ANTITRUST LITIGATION | No. 2:26-cv-10949-SKD-EAS<br><br>Hon. Susan K. DeClercq |
| RICHARD ISOM,<br><br>Plaintiff,<br><br>v.<br><br>TRANE TECHNOLOGIES PLC, et al.,<br><br>Defendants. | No. 2:26-cv-11294-SKD-EAS<br><br>Hon. Susan K. DeClercq |
| PRECISION PLUMBING, ELECTRIC, HEATING & COOLING INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOSCH LLC, et al.,<br><br>Defendants. | No. 2:26-cv-11316-SKD-EAS<br><br>Hon. Susan K. DeClercq |

1

| | |
|---|---|
| SAFFORD'S HEATING, COOLING, AND REFRIGERATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOSCH, LLC, et al.,<br><br>Defendants. | No. 2:26-cv-11341-SKD-APP<br><br>Hon. Susan K. DeClercq |
| RELIABLE AC SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRANE TECHNOLOGIES PLC, et al.,<br><br>Defendants. | No. 2:26-cv-11434-SKD-CI<br><br>Hon. Susan K. DeClercq |
| HUSKY HEATING & COOLING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOSCH LLC, et al.,<br><br>Defendants. | No. 2:26-cv-11565-SKD-APP<br><br>Hon. Susan K. DeClercq |

**ORDER REGARDING RELATEDNESS, PRETRIAL CONSOLIDATION, PLAINTIFF LEADERSHIP MOTIONS, DEFENDANTS' RESPONSES TO THE COMPLAINTS, AND DISCOVERY STAY**

Pursuant to Rules 4, 12, 16, 26, and 42(a) of the Federal Rules of Civil Procedure and Local Rules 42.1 and 83.11(b) of the Local Rules of the United States District Court for the Eastern District of Michigan, Plaintiffs Alyssa Berg, Richard Isom, Precision Plumbing, Electric, Heating & Cooling Inc., Safford's Heating, Cooling, and Refrigeration, and Reliable AC Services LLC, and Defendants Carrier Global Corporation, Viessmann Manufacturing Co. (U.S.), Inc., Daikin Industries, Ltd., Daikin Applied Americas Inc., Daikin Comfort Technologies North America, Inc., ThermalNetics, LLC, Daikin Comfort Technologies Distribution, Inc. f/k/a Goodman Distribution Inc., Rheem Manufacturing Company, Heat Transfer Products Group, LLC, Lennox International Inc., Allied Air Enterprises LLC, Lennox Industries Inc., Robert Bosch GmbH, Robert Bosch LLC, JC Residential and Light Commercial LLC, Johnson Controls-Hitachi Air Conditioning North America LLC, AAON, Inc. (Nevada), AAON, Inc. (Oklahoma), AAON Coil Products, Inc., BASX, Inc., Trane Technologies plc, Trane U.S. Inc., and Mitsubishi Electric Trane HVAC US (collectively, "Defendants") in the actions styled *Berg v. Robert Bosch LLC, et al.*, No. 2:26-cv-10949-SKD-EAS (E.D. Mich.), *Isom v. Trane Technologies plc, et al.*, No. 2:26-cv-11294-SKD-EAS (E.D. Mich.), *Precision Plumbing, Electric, Heating & Cooling Inc. v. Robert Bosch LLC, et al.*, No. 2:26-cv-11316-SKD-EAS (E.D. Mich.), *Safford's Heating, Cooling, and Refrigeration v. Robert Bosch, LLC, et al.*, No. 2:26-cv-11341-SKD-APP (E.D. Mich.), and *Reliable*

3

*AC Services LLC v. Trane Technologies, LLC, et al.*, No. 2:26-cv-11434 (E.D. Mich.) submitted a stipulation and proposed order regarding relatedness, pretrial consolidation, plaintiff leadership motions, defendants' responses to the complaints, and discovery stay. Subsequently, another related case, *Husky Heating and Cooling, LLC v. Robert Bosch LLC, et al.*, No. 2:26-cv-11565 (E.D. Mich) was filed so this Court held a status conference with representatives for plaintiff parties in all six cases on May 13, 2026.

As stipulated by the undersigned parties, and as discussed at the May 13, 2026 status conference, **IT IS HEREBY ORDERED AS FOLLOWS:**

### RELATEDNESS

1. The action styled *Isom v. Trane Technologies plc, et al.*, No. 2:26-cv-11294-SKD-EAS (E.D. Mich.) ("*Isom*"), the action styled *Precision Plumbing, Electric, Heating & Cooling Inc. v. Robert Bosch LLC, et al.*, No. 2:26-cv-11316-SKD-EAS (E.D. Mich.) ("*Precision Plumbing*"), the action styled *Reliable AC Services LLC v. Trane Technologies plc, et al.*, No. 2:26-cv-11434 (E.D. Mich.) ("*Reliable AC*"), and the action styled Husky Heating and Cooling LLC v. Robert Bosch LLC, No. 26-11565 (E.D. Mich.)("*Husky Heating*") (collectively the "Direct Purchaser Plaintiff Actions" or "DPP cases"), and the action styled *Safford's Heating, Cooling, and Refrigeration v. Robert Bosch, LLC, et al.*, No. 2:26-cv-11341-SKD-APP (E.D. Mich.) ("*Safford's*" or the "Commercial Indirect Purchaser

4

Plaintiff Action" or "CIPP case"), are related to the earliest-filed action, *Berg v. Robert Bosch LLC, et al.*, No. 2:26-cv-10949-SKD-EAS (E.D. Mich.) (the "End-User Indirect Purchaser Plaintiff Action" or "EUIPP case") (restyled as *In re HVAC Equipment Antitrust Litigation* per ECF No. 49, ¶ 6).

## PRETRIAL CONSOLIDATION

2.     Case Nos. 2:26-cv-11294, 2:26-cv-11316, 2:26-cv-11341, 2:26-cv-11434 , and 2:26-cv-11565, shall be consolidated with the earliest-filed case, 2:26-cv-10949, for pretrial purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3.     This Order does not constitute a determination that these actions should be consolidated for trial, nor does it have the effect of making any person or entity a party to an action in which it has not been joined and served in accordance with the Federal Rules of Civil Procedure.

4.     Any lawyer who has filed a notice of appearance in any of the above actions need not notice an appearance in any other action in these consolidated proceedings; a single notice of appearance in these consolidated proceedings is sufficient. It is incumbent upon the lawyer to ensure that his, her, or their appearance is listed in the consolidated proceedings for ECF purposes.

5.     Counsel shall call to the attention of the Clerk of Court the filing or transfer of any case which might properly be consolidated with these actions.

## CAPTION

6.      Every pleading filed in these consolidated actions, and in any action subsequently consolidated with these actions, shall be filed in the earliest-filed case (2:26-cv-10949) and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE HVAC EQUIPMENT ANTITRUST LITIGATION<br><br>*This document relates to:* | Case No. 2:26-cv-10949<br><br>Hon. Susan K. DeClercq |

7.      When a filing is intended to be applicable to all actions to which this Order is applicable, the words, "All Actions" shall appear immediately after the words, "This Document Relates to:" in the caption above. When a filing is intended to be applicable only to some, but not all of such actions, the group name (e.g., the Direct Purchaser Plaintiff Action(s), the Commercial Indirect Purchaser Plaintiff Action(s), or the End-User Indirect Purchaser Plaintiff Action(s)) or the unique docket number or case name for each action to which the filing is intended to be applicable shall appear there.

8.      The clerk is directed to administratively close Case Nos. 2:26-cv-11294, 2:26-cv-11316, 2:26-cv-11341, 2:26-cv-11434, and 2:26-11565. All future

6

filings in the consolidated proceedings shall be filed in Case No. 2:26-cv-10949. The

Clerk of Court shall revise the caption in 2:26-cv-10949 as set forth in Paragraph 6

of this Order and consistent with the Court's April 21, 2026 Order. ECF No. 49, ¶ 6.

### **NEWLY FILED OR TRANSFERRED ACTIONS**

9.     When an action that relates to the same subject matter and asserts

substantially similar claims as these consolidated actions is hereafter filed in or

transferred to this District and assigned to the undersigned, it shall be consolidated

with these actions as part of the *In re HVAC Equipment Antitrust Litigation* (unless

such action is assigned to a Judge other than this Court who does not consent to

reassignment) and the Clerk of Court shall:

      a.     docket a copy of this Order in the separate file for such action;

      b.     make an appropriate entry in the lead case docket that a new case has been assigned;

      c.     note on the docket that, upon entry of this Order, all papers shall be filed in the lead case file and no further papers shall be filed in that individual case docket; and

      d.     if necessary, reassign the case to this Court pursuant to E.D. Mich. L.R. 83.11(b).

10.     The terms of this Order shall apply automatically to actions later

instituted in, removed to, or transferred to this Court (including cases transferred for

pretrial purposes under 28 U.S.C. § 1407 or 28 U.S.C. § 1404(a)) that involve allegations of price fixing of HVAC equipment by any of the Defendant entities in the above-referenced actions.

## SERVICE OF PROCESS

11.    Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the undersigned Defendants waive service of process of the complaints filed in the six above-captioned actions, and they further agree to accept service of process of any consolidated or amended complaints as described below.

12.    Except as to the defense of insufficiency of service of process in the above-captioned actions, each Defendant's waiver of service of process, and entry of this Stipulation, is without prejudice to any defense or objection it may have, including without limitation defenses based upon lack of personal jurisdiction, subject matter jurisdiction, arbitration, class waivers, or venue. Nothing herein shall compromise, prejudice, or waive any such defense or objection of any Defendant.

13.    The undersigned parties agree to accept service of pleadings, discovery requests, discovery responses, and similar documents via email.

## PLAINTIFF LEADERSHIP MOTIONS

14.    On April 21, 2026, the Court entered an Order appointing Interim Co-Lead Class Counsel for the End-User Indirect Purchaser Plaintiffs. ECF No. 49

15.     On May 15, 2026, the Court entered an Order appointing Interim Co-Lead Class Counsel for the Commercial Indirect Purchaser Plaintiffs. *See Safford's Heating, Cooling, and Refrigeration v. Robert Bosch, LLC, et al.*, Case No. 2:26-cv-11341 (E.D. Mich.) at ECF No. 10.

16.     The plaintiffs in the actions styled *Isom v. Trane Technologies plc, et al.*, Case No. 2:26-cv-11294 (E.D. Mich.), and *Precision Plumbing, Electric, Heating & Cooling Inc. v. Robert Bosch LLC, et al.*, Case No. 2:26-cv-11316 (E.D. Mich.), represent direct purchasers of HVAC equipment ("Direct Purchaser Plaintiffs"). On April 29, 2026, they moved to consolidate the *Isom* and *Precision Plumbing* cases and appoint Interim Co-Lead Class Counsel and Liaison Counsel for Direct Purchaser Plaintiffs. *Isom*, ECF No. 5; *Precision Plumbing*, ECF No. 4. On May 6, 2026, the plaintiff in *Reliable AC* filed a motion seeking appointment of Robbins Geller Rudman & Dowd LLP as Interim Class Counsel under Rule 23(g) of the Federal Rules of Civil Procedure. *See In re HVAC Antitrust Litigation*, No. 2:26-10949 (E.D. Mich), ECF No. 78.

17.     In order to facilitate the efficient resolution of plaintiff leadership, this Court entered an Order setting May 15, 2026 as the deadline for any further motions to appoint leadership for Direct Purchaser Plaintiffs. *See Isom,* ECF No. 43; *Precision Plumbing,* ECF No. 16; *Reliable AC,* ECF No. 17; and *Husky Heating,* ECF No. 16. The Order further set May 26, 2026 as the deadline for the Direct

Purchaser Plaintiffs to report to the Court whether they were able to reach a voluntary agreement on Interim Lead Class Counsel. Should the Direct Purchaser Plaintiffs be unable to reach agreement, this Court will resolve the dispute based on the filed applications.

18.     Direct Purchaser Plaintiffs shall file a consolidated complaint no later than fourteen (14) days after an order appointing Interim Co-Lead Class Counsel.

## **DEFENDANTS' RESPONSE DATE**

19.     The Defendants shall have eighty-four (84) days after Direct Purchaser Plaintiffs file a consolidated complaint to answer or otherwise respond to that complaint and to the currently filed complaints for the Commercial Indirect Purchaser Plaintiffs and the End-User Indirect Purchaser Plaintiffs, including pursuant to Rule 12 of the Federal Rules of Civil Procedure. In the event that any Plaintiff in the above-referenced actions files an amended complaint before the aforementioned deadline for the Defendants to answer or otherwise respond, the Defendants shall have ninety-one (91) days from the date of such filing to answer or otherwise respond to all operative complaints in the above-referenced actions.

## **STAY OF DISCOVERY**

20.     All discovery in these actions shall be stayed pending the resolution of all motions under Rule 12 filed by the Defendants, except as set forth in Paragraphs 21 through 22 below.

21.     Notwithstanding the discovery stay, the parties shall serve initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure within ninety-one (91) days following the completion of briefing on Defendants' forthcoming Rule 12 motions.

22.     Notwithstanding the discovery stay, no later than fourteen (14) days following the completion of briefing on Defendants' Rule 12 motions, the parties shall engage in good-faith negotiations regarding: (a) a protective order governing the treatment of confidential information produced in the above-referenced actions; (b) an ESI protocol governing the preservation, collection, and production of electronically stored information; and (c) a stipulation to govern the procedure for expert discovery. No later than sixty-three (63) days following the completion of briefing on Defendants' Rule 12 motions, the parties will submit a proposed protective order, ESI protocol, and expert stipulation, or—if the parties cannot agree on any of these orders within fifty-six (56) days of the completion of briefing on Defendants' Rule 12 motions—they will submit a proposed order reflecting the parties' agreed-upon provisions and a joint statement of no more than five (5) pages per side per proposed order concerning disputed provisions.

//

//

//

11

## PLAINTIFF LEADERSHIP MOTIONS

23.    No communication among Plaintiffs' counsel or among Defendants' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

**IT IS SO ORDERED.**

DATED: May 15, 2026

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

**Stipulated and Agreed to by:**

*s/ Steve W. Berman*
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Dr., Ste. 2410
Chicago, IL 60611
Tel: (708) 628-4949
steve@hbsslaw.com

Shana E. Scarlett
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Ste. 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com

Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Tel: (206) 623-7292
breannav@hbsslaw.com

*s/ Brian D. Clark*
Brian D. Clark
Laura M. Matson
Olivia T. Levinson
Madison J. Gaffney
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
bdclark@locklaw.com
lmmatson@locklaw.com
otlevinson@locklaw.com
mjgaffney@locklaw.com

Kyle Pozan
Consuela Abotsi-Kowu
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 North Clark St., Ste. 700
Chicago, IL 60610
Tel: (312) 470-4333
kjpozan@locklaw.com
cmabotsi-kowu@locklaw.com

12

/s/ E. Powell Miller
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

Stephen J. Teti
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin St., Ste. 1702
Boston, MA 02110
Tel: (617) 456-7701
sjteti@locklaw.com

*Interim Co-Lead Class Counsel for End-User Indirect Purchaser Plaintiffs*

s/ Paul F. Novak
Paul F. Novak (P39524)
Michael P. Piggins (P81240)
Diana Gjonaj (P74637)
**WEITZ & LUXENBERG P.C.**
The Fisher Building
3011 W. Grand Boulevard, Floor 24
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com
mpiggins@weitzlux.com
dgjonaj@weitzlux.com

Patrick McGahan
Michael Srodoski
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Patrick Coughlin (*admission forthcoming*)
Carmen Medici

s/ David J. Shea
David J. Shea (P41399)
Ashley D. Shea (P82471)
**SHEA LAW, PLLC**
26100 American Dr., 2nd Floor
Southfield, MI 48034
Telephone: (248) 354-0224
david.shea@shealaw.com
ashley.shea@shealaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Anthony J. Stauber
Gabrielle M. Kolb
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com
gkolb@gustafsongluek.com

13

SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W.  Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com

Karin E. Garvey
Fatima Brizuela
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6443
kgarvey@scott-scott.com
fbrizuela@scott-scott.com

Christopher Burke (*admission
 forthcoming*)
Yifan (Kate) Lv (*admission forthcoming*)
BURKE LLP
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
cburke@burke.law
klv@burke.law

*Counsel for Plaintiff Richard Isom*

*s/ Gerard Mantese*
Gerard Mantese (#P34424)
**MANTESE HONIGMAN, PC**
1361 E. Big Beaver Road
Troy, MI 48083
Telephone: (248) 457-9200

Rebecca A. Peterson
(*admission forthcoming*)
Krista K. Freier
(*admission forthcoming*)
HECHT PARTNERS LLP
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
rpeterson@hechtpartners.com
kkfreier@hechtpartners.com

*Counsel for Precision Plumbing, Electric,
Heating & Cooling Inc.*

Steven D. Liddle
Laura L. Sheets
Matthew Z. Robb
D. Reed Solt
**LIDDLE SHEETS P.C.**
975 East Jefferson Avenue

14

gmantese@manteselaw.com

Michael J. Flannery (*admission forthcoming*)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
Two CityPlace Drive, Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley (*admission forthcoming*)
Cody D. McCracken (*admission forthcoming*)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M St. NW, Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

David M. Cialkowski (*admission forthcoming*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com

Sterling Aldridge (*admission forthcoming*)
Katherine Barrett Riley (*admission forthcoming*)
**BARRETT LAW GROUP, P.A.**
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
saldridge@barrettlawgroup.com

Detroit, MI  48207
Telephone:  313/392-0015
sliddle@lsclassaction.com
lsheets@lsclassaction.com
mrobb@lsclassaction.com
rsolt@lsclassaction.com

*/s/ Stuart A. Davidson*
Stuart A. Davidson
Mark J. Dearman
Nicolle B. Brito
Alexander C. Cohen
Isabelle Klayman
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
nbrito@rgrdlaw.com
acohen@rgrdlaw.com
iklayman@rgrdlaw.com

David Mitchell
Alexandra S. Bernay
Arthur L. Shingler III
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
davidm@rgrdlaw.com
xanb@rgrdlaw.com
ashingler@rgrdlaw.com

Attorneys for Reliable Services LLC in *Reliable Services LLC v. Trane Technologies plc, et al.*,
Case No. 2:26-cv-11434-RJW-CI

15

kbriley@barrettlawgroup.com

Marco Cercone (*admission forthcoming*)
**RUPP PFALZGRAF LLC**
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone: (716) 854-3400
cercone@rupppfalzgraf.com

*Interim Co-Lead Class Counsel for Commercial Indirect Purchaser Plaintiffs*

| | |
|---|---|
| /s/ Dylan I. Ballard | /s/ Mark H. Hamer |
| Michael W. Scarborough | Mark H. Hamer |
| Dylan I. Ballard | Mark G. Weiss |
| **VINSON & ELKINS LLP** | **BAKER MCKENZIE LLP** |
| 555 Mission St., Ste. 2000 | 815 Connecticut Ave. N.W. |
| San Francisco, CA 94105 | Washington, DC 20006 |
| Tel.: (415) 979-6900 | Tel.: (202) 452-7000 |
| mscarborough@velaw.com | mark.hamer@bakermckenzie.com |
| dballard@velaw.com | mark.weiss@bakermckenzie.com |
| | |
| Craig P. Seebald | Howard B. Iwrey (P39635) |
| **VINSON & ELKINS LLP** | **DYKEMA GOSSETT PLLC** |
| 2000 Pennsylvania Ave., Ste. 500 W. | 39577 Woodward Ave. |
| Washington, DC 20037 | Bloomfield Hills, MI 48304 |
| Tel.: (202) 639-6500 | Tel.: (248) 203-0700 |
| cseebald@velaw.com | hiwrey@dykema.com |
| | |
| Max A. Aidenbaum (P78793) | Cody D. Rockey (P78653) |
| L. Pahl Zinn (P57516) | **DYKEMA GOSSETT PLLC** |
| **DICKINSON WRIGHT PLLC** | 2723 S. State St., Ste. 400 |
| 500 Woodward Ave., Ste. 4000 | Ann Arbor, MI 48104 |
| Detroit, MI  48226 | Tel.: (734) 214-7660 |
| Tel.: (313) 223-3500 | crockey@dykema.com |

16

maidenbaum@dickinsonwright.com
pzinn@dickinsonwright.com

*Counsel for AAON, Inc. (Nevada), AAON, Inc. (Oklahoma), AAON Coil Products, Inc., and BASX, Inc.*

/s/ K. Winn Allen
K. Winn Allen
Leah A. Hamlin
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel.: (202) 389-5000
winn.allen@kirkland.com
leah.hamlin@kirkland.com

Devin S. Anderson
**KIRKLAND & ELLIS LLP**
95 State St.
Salt Lake City, UT 84111
Tel.: (801) 877-8100
devin.anderson@kirkland.com

Andrew C. Goetz (P71410)
**MILLER JOHNSON**
500 Woodward Ave., Ste. 3600
Detroit, MI 48226
Tel.: (313) 435-2292
goetza@millerjohnson.com

*Counsel for Carrier Global Corp. and Viessmann Manufacturing Co. (U.S.), Inc.*

/s/ James H. Weingarten
James H. Weingarten
Anastasia Pastan
**MILBANK LLP**
1101 New York Ave. N.W.

*Counsel for Robert Bosch LLC; Robert Bosch GmbH; JC Residential and Light Commercial LLC; and Johnson Controls-Hitachi Air Conditioning North America LLC*

/s/ Brian Byrne
Brian Byrne
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 815-4110
bbyrne@cgsh.com

C. Lawrence Malm
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., N.W.
Washington, DC 20037
Tel.: (202) 974-1500
lmalm@cgsh.com

Perrin Rynders (P38221)
**VARNUM LLP**
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0355
Tel.: (616) 336-6000
prynders@varnumlaw.com

Mark J. Chasteen (P81936)
**VARNUM LLP**
101 N. Main St., Ste. 525
Ann Arbor, MI 48104
Tel.: (734) 372-2900
mjchasteen@varnumlaw.com

*Counsel for Daikin Industries, Ltd.; Daikin Comfort Technologies North*

17

Washington, DC 20005
Tel.: (202) 835-7500
jweingarten@milbank.com
apastan@milbank.com

David A. Ettinger
**HONIGMAN LLP**
660 Woodward Ave., Ste. 2290
Detroit, MI 48226
Tel.: (313) 465-7368
dettinger@honigman.com

*Counsel for Lennox International, Inc., Lennox Industries Inc., and Allied Air Enterprises LLC*

Michael E. Martínez
Lauren Norris Donahue
**K&L GATES LLP**
70 W. Madison St., Ste. 3300
Chicago, IL 60602
Tel.: (312) 372-1121
michael.martinez@klgates.com
lauren.donahue@klgates.com

*/s/ Michael Brady*
Michael Brady
**WARNER NORCROSS + JUDD LLP**
2715 Woodward Ave., Ste. 300
Detroit, MI 48201
Tel.: (313) 546-6000
mbrady@wnj.com

*Counsel for Rheem Manufacturing Company and Heat Transfer Products Group, LLC*

*America, Inc.; Daikin Applied Americas Inc.; ThermalNetics, LLC; and Daikin Comfort Technologies Distribution, Inc f/k/a Goodman Distribution Inc.*

Colleen M. Lauerman
Jeffrey T. Green
**GREEN LAUERMAN CHARTERED PLLC**
1050 30th St NW
Washington, DC 20007
Tel.: (202) 213-9795
colleen@glclaw.net

*/s/ Mitchell S. Zajac*
Mitchell Zajac
**Butzel Long**
150 W. Jefferson Avenue Suite 100
Detroit, MI 48226
Tel: (313) 225-7000
zajac@butzel.com

*Counsel for Mitsubishi Electric Trane HVAC US*

*/s/ David Marriott*
David Marriott (admitted, E.D. Mich.)
**LATHAM & WATKINS LLP**
1271 Ave. of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
david.marriott@lw.com

*Counsel for Trane U.S. Inc. and Trane Technologies PLC*